UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA RICARD** | **CIVIL ACTION** |
| **VERSUS** | |
| **SAM'S EAST, INC., et al.** | **NO. 21-597-SDD-SDJ** |

### ORDER

Before the Court is a Motion to Compel (R. Doc. 16) filed by Defendants Walmart, Inc., and Sam's East, Inc., on August 1, 2022. Plaintiff Donna Ricard has not responded to the Motion to Compel, and the deadline for filing an opposition has passed. *See* LR 7(f) (responses to motions are due within 21 days). As such, the Court considers Defendants' Motion unopposed.

In their Motion, Defendants seek an order compelling Plaintiff "to produce her answers to Defendants' Interrogatories and Request for Production of Documents" propounded to Plaintiff on October 11, 2021.[1] "[A] party served with written discovery must fully answer each interrogatory or document request to the full extent that it is not objectionable and affirmatively explain what portion of an interrogatory or document request is objectionable and why, affirmatively explain what portion of the interrogatory or document request is not objectionable and the subject of the answer or response, and affirmatively explain whether any responsive information or documents have been withheld." *Lopez v. Don Herring Ltd.*, 327 F.R.D. 567, 580 (N.D. Tex. 2018) (internal quotations and citation omitted). If a party fails to respond fully to discovery requests in the time allowed by the Federal Rules of Civil Procedure, the party seeking discovery may move to compel responses and for appropriate sanctions under Federal Rule of Civil Procedure 37. *See, e.g., Lauter*

---

[1] R. Doc. 16 at 1.

*v. SZR Second Baton Rouge Assisted Living, LLC*, No. 20-813, 2021 WL 2006297 (M.D. La. May 19, 2021).

Here, as alleged by Defendants, they propounded written discovery requests on Plaintiff on October 11, 2021.[2] After not receiving responses from Plaintiff, Defendants filed their initial Motion to Compel (R. Doc. 14) on May 17, 2022, seeking the same relief requested in the instant Motion. However, the Court denied that initial Motion to Compel without prejudice based on Defendants' failure to comply with the discovery conference mandate of Rule 37.[3] Defendants then filed the instant Motion, asserting that an "in person conference was held on July 8, 2022," during which "Plaintiff's counsel agreed to produce the discovery responses within two weeks."[4] No such responses have been received.

As stated above, Plaintiff has not filed an opposition to this Motion to Compel, and the deadline for doing so has passed. As such, the Court considers this Motion unopposed. In addition, Defendants represent in their Motion to Compel that Plaintiff's counsel previously agreed to respond to Defendants' discovery requests "within two weeks" from the July 8, 2022 Rule 37 conference.[5] As such, the Court will grant Defendants' request and order Plaintiff to respond fully to Defendants' October 11, 2021 discovery requests **within 15 days** of the date of this Order.

Accordingly,

---

[2] R. Doc. 16-1 at 1.
[3] R. Doc. 15 at 2-3.
[4] R. Doc. 16-1 at 1.
[5] *Id.*

**IT IS ORDERED** that the Motion to Compel (R. Doc. 16) filed by Defendants Walmart, Inc., and Sam's East, Inc., is **GRANTED**. **Within 15 days** of the date of this Order, Plaintiff Donna Ricard is ordered to provide complete written responses to the Interrogatories and Requests for Production of Document propounded to her on October 11, 2021.

Signed in Baton Rouge, Louisiana, on August 26, 2022.

_____
**SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE**